UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD L. MITCHELL,

Plaintiff,

v.

OFFICER O. QUINTANILLA, *et al.,*

Defendants.

Case No. 2:22-cv-01827-ART-BNW

ORDER

Pro se Plaintiff Richard Mitchell brings this action under 42 U.S.C. § 1983 to redress constitutional violations that he claims he suffered while incarcerated in the custody of the Nevada Department of Corrections. Judge Weksler has recommended dismissal of this action for Mr. Mitchell's failure to comply with a previous order directing him to update his address. (ECF Nos. 88; 89.)

It is hereby ORDERED that Mr. Mitchell has until March 17, 2026 to provide the Court with an updated address. (ECF No. 88.)

It is further ORDERED that Mr. Mitchell also has until March 17, 2026 to object to Judge Weksler's report and recommendation. (ECF No. 89.)

If Mr. Mitchell does not update his address, or if he fails to object to Judge Weksler's report and recommendation, this case will be subject to dismissal under Local Rules IA 11-8 and IA 3-1.

The Clerk of the Court is kindly directed to mail a copy of the present order, along with copies of ECF Nos. 87 and 88, to 700 N. Las Vegas Blvd, Apt 3304, Las Vegas, Nevada 89101.

1

DATED: March 3, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE